☼AO 245B (CASD) (Rev. 4/14) Judgment in a Criminal Case
Sheet 1

**FILED**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

17 APR 12 AM 8:41

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

David Aldrich -1

**AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987) BY_____ DEPUTY

Case Number: 16-cr-02688-JAH-1

Timothy Scott Vick
Defendant's Attorney

**REGISTRATION NO.** 59877298

☒ Correction of Sentence to include restitution

THE DEFENDANT:
☒ pleaded guilty to count(s) One of the Information.
☐ was found guilty on count(s) _____
after a plea of not guilty.
Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18:371 | Conspiracy to Commit Securities Fraud | 1 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.
☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____ is ☐ are ☐ dismissed on the motion of the United States.
☒ Assessment: $100.00.

☒ No fine ☐ Forfeiture pursuant to order filed _____, included herein.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

February 13, 2017
Date of Imposition of Sentence

HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

16-cr-02688-JAH-1

Judgment — Page 2 of 5

DEFENDANT: David Aldrich -1
CASE NUMBER: 16-cr-02688-JAH-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of Eighteen months.

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).

☒ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends custody be served in the State of Oregon.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____
   as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☒ before 4/7/17 @ 2:00 pm.
   ☒ as notified by the United States Marshal.
   ☒ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

16-cr-02688-JAH-1

DEFENDANT: David Aldrich -1
CASE NUMBER: 16-cr-02688-JAH-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

Three years in the State of Washington.

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

*For offenses committed on or after September 13, 1994:*

The defendant shall not illegally possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than __4__ drug tests per month during the term of supervision, unless otherwise ordered by court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒ The defendant shall cooperate in the collection of a DNA sample from the defendant, pursuant to section 3 of the DNA Analysis Backlog Elimination Act of 2000, pursuant to 18 USC sections 3563(a)(7) and 3583(d).

☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense. (Check if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution obligation, it is a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court. The defendant shall also comply with any special conditions imposed.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

# SPECIAL CONDITIONS OF SUPERVISION

☒ Submit person, property, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

☐ If deported, excluded, or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry to the United States; supervision waived upon deportation, exclusion or voluntary departure.

☐ Not transport, harbor, or assist undocumented aliens.

☐ Not associate with undocumented aliens or alien smugglers.

☐ Not reenter the United States illegally.

☐ Not enter or reside in the Republic of Mexico without written permission of the Court or probation officer.

☒ Report all vehicles owned or operated, or in which you have an interest, to the probation officer.

☐ Not possess any narcotic drug or controlled substance without a lawful medical prescription.

☐ Not associate with known users of, smugglers of, or dealers in narcotics, controlled substances, or dangerous drugs in any form.

☐ Participate in a program of mental health treatment as directed by the probation officer, take all medications as prescribed by a psychiatrist/physician, and not discontinue any medication without permission. The Court authorizes the release of the presentence report and available psychological evaluations to the mental health provider, as approved by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

☐ Take no medication containing a controlled substance without valid medical prescription, and provide proof of prescription to the probation officer, if directed.

☒ Provide complete disclosure of personal and business financial records to the probation officer as requested until full restitution is paid.

☒ Be prohibited from opening checking accounts or incurring new credit charges or opening additional lines of credit without approval of the probation officer.

☐ Seek and maintain full time employment and/or schooling or a combination of both.

☐ Resolve all outstanding warrants within ___ days.

☐ Complete ___ hours of community service in a program approved by the probation officer within ___

☐ Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of ___

☐ Participate in a program of drug or alcohol abuse treatment, including urinalysis or sweat patch testing and counseling, as directed by the probation officer. Allow for reciprocal release of information between the probation officer and the treatment provider. May be required to contribute to the costs of services rendered in an amount to be determined by the probation officer, based on the defendant's ability to pay.

☒ Notify the Collections Unit, United States Attorney's Office, and the Receiver of any interest in property obtained, directly or indirectly, including any interest obtained under any other name, or entity, including a trust, partnership or corporation until the fine or restitution is paid in full.

Notify the Collections Unit, United States Attorney's Office, before transferring any interest in property owned, directly or indirectly, including any interest held or owned under any other name, or entity, including a trust, partnership or corporation.

DEFENDANT: David Aldrich
CASE NUMBER: 16cr2688-JAH

# RESTITUTION

The defendant shall pay restitution in the amount of ____$8,322,591____ unto the United States of America.

This sum shall be paid ___ immediately.
                      _x_ as follows:

Defendant shall pay restitution in the amount of $8,322,591, forthwith to the Clerk, United States District Court. During any period of incarceration, defendant shall pay restitution in the amount of 50% of your income or $25 per quarter whichever is greater. Defendant shall pay the restitution during the supervised release period at a rate of $1,000 per month. This payment schedule does not foreclose the United States from exercising all legal actions, remedies and processes available to it to collect the restitution amount. Defendant is jointly and severally liable to pay restitution with co-defendants or co-conspirators, namely James Catipay, in related case 16cr2453-JAH. Defendant shall receive credit for the first $8,322,591 that is paid to the investors by the receiver. Restitution payments shall proceed pro rata amongst the victims.

The Court has determined that the defendant __does not__ have the ability to pay interest. It is ordered that:

_X_ The interest requirement is waived.

___ The interest is modified as follows:

*Exhibit 2 - Victims and Loss Amounts*

| | Investor_Last | Investor_First | Email | Address1 | Address2 | City | State | Zip | Investment (Net of Returns) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Adams-Hunt | Ms. Johnnie | jmahunt@hotmail.com | 13745 Buckskin Drive | | Corona | CA | 32883 | $30,000.00 |
| 2 | Alexander | Gordon | gordonalexander@kennedyjenks.com | 12 Snapdragon | | Irvine | CA | 92604 | $23,000.00 |
| 3 | Allen | Himelda | himalive@gmail.com | 1882 Miner Street | | Des Plaines | IL | 60016 | $5,000.00 |
| 4 | Anderson | Joshua | joshuakanderson@gmail.com | 540 Gooseberry Drive | Unit K | Longmont | CO | 80503 | $10,000.00 |
| 5 | Armstrong | Robert | rraburkey34@gmail.com | 7612 South Spotswood | | Port Littleton | CO | 80120 | $10,000.00 |
| 6 | Augustin | Josef (Jasmin Resources Inc.) | jaugustin13@questfown | 7063 SW 83rd Avenue | Unit B | Ocala | FL | 34481 | $5,000.00 |
| 7 | Auhouri | Anoushen | Anoush3456@yahoo.com | 11650 Church St. | A2-421 | Rancho Cucamonga | CA | 91730 | $10,000.00 |
| 8 | Aupont | Pierre M. | paupont@bellsouth.net | 1895 SW 102nd Court | | Miami | FL | 33176 | $30,000.00 |
| 9 | Badzik | Edward | N/A | 1327 West 6th Street | Apt. F | Corona | CA | 92882 | $20,000.00 |
| 10 | Bauer | Chris | ct_bauer@hotmail.com | 2038 East 2nd Avenue | | Durango | CO | 81301 | $80,000.00 |
| 11 | Bauer | Cheryl | cheryl_bauer@hotmail.com | 2003 East 2nd Avenue | | Durango | CO | 81301 | $10,000.00 |
| 12 | Bayani | Eugene | eugenebayaniegmail.com | 2227 Greendale Drive | | South San Francisco | CA | 94080 | $50,000.00 |
| 13 | Beebe | Daryl | dbeebe@cox.net | 46 San Mateo | | Rancho Santa Margarita | CA | 92688 | $35,644.00 |
| 14 | Benavides | Alfonso E. | rgreensense@yahoo.com | 4001 Lila Street | | Edinburg | TX | 78539 | $15,500.00 |
| 15 | Benavides | Dina B. | dinabenavidas@yahoo.com | 4001 Lila Street | | Edinburg | TX | 78539 | $16,500.00 |
| 16 | Benedict | Deborah | djames@verizon.net | 22635 Valley Vista Circle | | Wildomar | CA | 92595 | $20,000.00 |
| 17 | Bergey | Roger | rogeriguy4@q.com | 7799 West 47th Avenue | | Wheat Ridge | CO | 80033 | $40,000.00 |
| 18 | Bernard | Jane E. | jebbernard@icloud.com | 7 Yorktown | | Irvine | CA | 92620 | $10,000.00 |
| 19 | Bernard | Ronald A. | rbcoastone@cox.net | 7 Yorktown | | Irvine | CA | 92620 | $10,000.00 |
| 20 | Biddle | Terry | terybiddle463@gmail.com | 43 N Montgomery Drive | | Stafford | VA | 22556 | $30,000.00 |
| 21 | Blum | Albert | getit@langueshergfinancialservices.com | 450 North Via Pisa | | Anaheim | CA | 92806 | $7,500.00 |
| 22 | Boardman | Fe Myrna | mfmb1@bcgovanet | 191 Plaza Rosita | | Santa Margarita | CA | 92688 | $10,000.00 |
| 23 | Borrmann | Carl | names@coloradopsl.com | 1545 Ford Court | | Louisville | CO | 80027 | $12,500.00 |
| 24 | Brown | Royanne | roy2the_rescue@hotmail.com | 16516 Stonewood Drive | | Lindale | TX | 75771 | $20,000.00 |
| 25 | Brunk | Donald A. | daindoniz3809@yahoo.com | 34796 Montlake Way | | Lake Elsinor | CA | 92530 | $30,000.00 |
| 26 | Burd | Glenn | burd22@yahoo.com | 7908 St. Albans Court | | Citrus Heights | CA | 95621 | $22,500.00 |
| 27 | Butterly | Chris & Kathleen | hhkaday@hotmail.com | 608 Lake Washington Boulevard East | | Seattle | WA | 98112 | $19,998.00 |
| 28 | Cabrera | Alfred | whale_softtires@gmail.com | 8261 San Mateo Circle | | Buena Park | CA | 90620 | $50,000.00 |
| 29 | Calixte | Stanley Philip | stanleycalixte@yahoo.com | 223 Hope Street | Unit G | Bristol | RI | 2809 | $5,000.00 |
| 30 | Carter | Jacquelyn S. | goainca@gmail.com | 25371 Romera Place | | Lake Forest | CA | 92630 | $60,000.00 |
| 31 | Castaneda | Angelina | angiemas45@att.net | 13783 Heather Lee Street | | Eastvale | CA | 92880 | $30,000.00 |
| 32 | Castaneres | Joann | joann.right@hotmail.com | 936 North Summit Avenue | | Pasadena | CA | 91103 | $10,000.00 |
| 33 | Chamingo | Jeanne | jchamingo@comcast.net | 19 Winter Street | | Salem | MA | 01970 | $50,000.00 |

| # | Last | First | Email | Address | Unit | City | State | Zip | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 34 | Chaney | Wayne | N/A | 5750 Amaya Drive | Unit 4 | La Mesa | CA | 91942 | $ 30,000.00 |
| 35 | Christensen | Nicholas | christensen.allstate@gmail.com | 1674 Laurel Canyon Circle | | Corona | CA | 92881 | $ 10,927.00 |
| 36 | Cole | Ronald | rrpncole@yahoo.com | 76 Fleetwood Avenue | | Beaumont | CA | 92223 | $ 50,000.00 |
| 37 | Condon | Nancy J. | sunshine10@comcast.net | 5646 Via Escarda | Unit B | Laguna Woods | CA | 92637 | $ 20,000.00 |
| 38 | Conniff | Jane | janekolegar@yahoo.com | 2204 Kendall Street | | Edgewater | CO | 80214 | $ 20,000.00 |
| 39 | Cox | Kent | kentbcox@sbcglobal.net | 22934 Whiskers Drive | Unit 4 | Valencia | CA | 91355 | $ 20,000.00 |
| 40 | Cruz | Orlando | orlando@cruzrogan.net | 5135 North First Lane | | McAllen | TX | 78504 | $ 50,000.00 |
| 41 | Cuellar | Santiago | llraima80@yahoo.com | 1705 Christian Court | | Weslaco | TX | 78596 | $ 110,000.00 |
| 42 | Cunningham | Kelly | kelye71@verizon.net | 11945 Fairchild Street | | Garden Grove | CA | 92845 | $ 80,000.00 |
| 43 | Dadich | Joseph | jdadich1@gmail.com | 2844 Leverois Road | Unit 4232 | Troy | MI | 48099 | $ 25,000.00 |
| 44 | Dalton | Lynn | daltonsong33@aol.com | 5456 Aries Way | | Arvada | CO | 80003 | $ 30,000.00 |
| 45 | Darling | Ricky | RDarling@cakit.com | 4124 Coolwater Drive | | Colorado Springs | CO | 80916 | $ 10,000.00 |
| 46 | Dean | William | bdean22@gmail.com | 329 Douglas Drive | | Stonewall | LA | 71078 | $ 5,000.00 |
| 47 | Debacco | Jacquelyn | mbayerameansofusa.com | 5707 Soaring Street | | Eastvale | CA | 92880 | $ 10,000.00 |
| 48 | Dennis | Kathryn | kathrynnis@cox.net | 2 Taos | | Rancho Santa Margarita | CA | 92688 | $ 20,000.00 |
| 49 | D'Eredita | Robert dba D Innovations Inc. | d_innocent.say@hotmail.com | 15311 Peachwood Hollow Lane | Unit 110 | Sugarland | TX | 77498-7016 | $ 30,000.00 |
| 50 | Dettinger | Elizabeth E. | | 3451 Brockhill Street | | La Crescenta | CA | 91214 | $ 50,000.00 |
| 51 | DeVaughn | Mary | marydev@att.net | 634 Fire Route 66 | Apt. 22 | Glendora | CA | 91740 | $ 10,000.00 |
| 52 | Dolan | Ian | ipdolan30@gmail.com | 1440 Horse Circle North | Apt. 306 | San Diego | CA | 92108 | $ 10,000.00 |
| 53 | Dominguez | Miguel | m56chevy@earthlink.net | P.O. Box 1669 | | Orange | CA | 92856 | $ 10,000.00 |
| 54 | Drake | Patricia | N/A | 1670 East 6th Street | | Corona | CA | 92879 | $ 56,932.00 |
| 55 | Draughn | Kristen Lee | rex@repadallas.com | 2804 Woodland Court | | Dallas | TX | 75243 | $ 10,000.00 |
| 56 | Draughn | Rex | rex@rpa-dallas.com | 12804 Woodland Court | | Dallas | TX | 75243 | $ 17,500.00 |
| 57 | Dudka | Lynn | lynndudka@hotmail.com | 402 Laming Road | | Chapel Hill | NC | 27514 | $ 10,000.00 |
| 58 | Duong | Mindy | movingtp@yahoo.com | P.O. Box 102 | | Alhambra | CA | 91802 | $ 20,000.00 |
| 59 | Eckert | Kelli | eckertko@gmail.com | 1749 Fair Oaks Way | | Mableton | GA | 30126 | $ 10,000.00 |
| 60 | Eichten | Donald | deichten@yahoo.com | 8100 Russell Avenue South | Unit 140 | Bloomington | MN | 55431 | $ 20,000.00 |
| 61 | Ford | Larry | fords_3@msn.com | 8681 West Hinsdale Place | | Littleton | CO | 80128 | $ 10,000.00 |
| 62 | Forster | Lynnette | forster@cox.tx | 29162 Sunrigger Street | | Lake Elsinore | CA | 92530 | $ 20,000.00 |
| 63 | Frantz IRA | Mark B. | markfrantz@yahoo.com | 5266 Palmira Drive | | Oceanside | CA | 92056 | $ 20,000.00 |
| 64 | Frazee | Mary Ann | maryann77@prodigy.net | P.O. Box 1573 | | Angel Fire | NM | 87710 | $ 20,000.00 |
| 65 | Frazee | Stephen | smayanmt97@prodigy.net | 28834 Whispergate Drive | | Spring | TX | 77373 | $ 10,000.00 |
| 66 | Gales | Helen | hgales13@msn.com | 849 Coast Boulevard | MAL605 | La Jolla | CA | 92037 | $ 10,000.00 |
| 67 | Gallegos | Alejandro | gallegos_55387@yahoo.com | 12501 Morning Avenue | | Granview | MO | 64030 | $ 80,000.00 |
| 68 | Garza | Dr. Ernesto | chengarza.22@gmail.com | 402 Wood and Carter | | Weslaco | TX | 78596 | $ 80,000.00 |
| 69 | Garza | Robert | roberta.retro@gmail.com | 1413 Flores Del Drive | | Mission | TX | 78572 | $ 80,000.00 |
| 70 | Gathere | Kimani | GATHEREKENYA@GS.COM | 1477 Goldenglie Drive | | Corona | CA | 92879 | $ 20,000.00 |

| # | Last Name | First Name | Email | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|---|---|---|
| 71 | Givilancz | Charlie C. | cygilarionc@mail.gmail.com | | | | | $ 30,000.00 |
| 72 | Goodman | Stanley & Marian | marien_stan@verizon.net | 7719 Creekwest Drive | La Verne | CA | 91750 | $ 27,500.00 |
| 73 | Goodrick | Dawn | dawngoodrick98@yahoo.com | 3012 East Chaparral Street | Ontario | CA | 91761 | $ 10,000.00 |
| 74 | Gordin | Edward | eje214@gmail.com | 1414 West Central Avenue | Brea | CA | 92871 | $ 16,000.00 |
| 75 | Gracia | Patrick | medina_gracia@hotmail.com | Buzón 12, #2 | Bayamón | Puerto Rico | 00959 | $ 235,000.00 |
| 76 | Gramadzki | Robert J. | rgramadzki@hotmail.com | 6674 South Dahlia Circle | Centennial | CO | 80121 | $ 40,000.00 |
| 77 | Gramadzki | Wendy W. | wgramadzk@gmail.com | 6674 South Dahlia Circle | Centennial | CO | 80121 | $ 40,000.00 |
| 78 | Green | Brian | bgreen@am-fi.com | P.O. Box 473 | Hamilton | MT | 59840 | $ 20,000.00 |
| 79 | Haefinger | Sharon | shaefinger@yahoo.com | 6685 7th Street | Chino Hills | CA | 91709 | $ 10,000.00 |
| 80 | Harris | Marc & Matthew | mharris@wiiydenmece.com | 21327 19th Street E | Bonney Lake | WA | 98391 | $ 7,500.00 |
| 81 | Haun | Cheryl J. | haunj@gmail.com | 9144 Cockatoo Avenue | Fountain Valley | CA | 92708 | $ 20,000.00 |
| 82 | Haynam | Katelyn | mhaynam@ansx@usa.com | 5797 Seaside Street | Eastvale | CA | 92880 | $ 10,000.00 |
| 83 | Haynam | Matthew | mhaynam@comcast.com | 5797 Seaside Street | Eastvale | CA | 92880 | $ 10,000.00 |
| 84 | Haynam | Mitchell | mhaynam@comcast.com | 5717 Seaside Street | Eastvale | CA | 92880 | $ 10,000.00 |
| 85 | Heise | Steven | wheise@gmail.com | 242 N. Foothill Blvd | Upland | CA | 91786 | $ 50,000.00 |
| 86 | Henson | Anna | annohenson@att.com | 713 Signal Mountain Road | Chattanooga | TN | 37405 | $ 10,000.00 |
| 87 | Henson | Reid | reid@att.com | 713 Signal Mountain Road | Chattanooga | TN | 37405 | $ 305,000.00 |
| 88 | Hewitt | Melvin | melbewitt@kwell.com | 658 Kearny Street | Alpharetta | GA | 30022 | $ 50,000.00 |
| 89 | Hickman | Colby | colby.hickman@gmail.com | 1404 Walter Avenue | Colorado Springs | CO | 80911 | $ 10,000.00 |
| 90 | Hickman Riley | Elizabeth | elizabeth.riley@gmail.com | 1348 Bluesage Drive | Steamboat Springs | CO | 80487 | $ 50,000.00 |
| 91 | Hickman Riley & Zertuche | Elizabeth (50%) / Ashley (50%) | elizabeth.h.riley@gmail.com | 3024 Jasmine Street | Colorado Springs | CO | 80907 | $ 10,000.00 |
| 92 | Hill | Joann | joannhill_ca@msn.com | 28218 West Worchester Road | Sun City | CA | 92586 | $ 10,000.00 |
| 93 | Hilton | Cathleen | chjhilton864@gmail.com | 3731 Dehesa Road | El Cajon | CA | 92109 | $ 30,000.00 |
| 94 | Hodges | Carole | 123.hixerfee@pacbell.com | 2155 Sunrise View Road | Fallbrook | CA | 92028 | $ 20,000.00 |
| 95 | Hollingsworth | Mark | markhysne@sbcglobal.net | 7 Eagle Point | Irvine | CA | 92604 | $ 90,000.00 |
| 96 | Hoover | Ruth | thoover78@comcast.net | 705 North 119th Street | Omaha | NE | 68154 | $ 10,000.00 |
| 97 | Horton Trust | William | n/a | 8148 Shady Glade Avenue | North Hollywood | CA | 91605 | $ 20,000.00 |
| 98 | Hoyt | James D. | jdhoyt@msn.com | 12 East Mountain Valley | Flagstaff | AZ | 86001 | $ 10,000.00 |
| 99 | Hubbard | Lenice | lennybb@aol.com | 8824 Sherwood Circle | Labelle | FL | 33935 | $ 70,000.00 |
| 100 | Hubbard | Tony Randall | rhubbd3@yahoo.com | 8832 Sherwood Circle | Labelle | FL | 33935 | $ 100,000.00 |
| 101 | Isenberg | Harriet | harriet@comcast.net | 44 Kearny Street | Alpharetta | GA | 30022 | $ 50,000.00 |
| 102 | Jamieson-Dunne | Betty | jdjamieson@aol.com | 2153 Sunrise View Drive | Fallbrook | CA | 92028 | $ 20,000.00 |
| 103 | Jones | Brian | bjones1@yahoo.com | 3205 Goldmar Drive | Birmingham | AL | 35210 | $ 5,000.00 |
| 104 | Kapadia | Mona | tkp19765@aol.com | 93 Montecito | Irvine | CA | 92620 | $ 20,000.00 |
| 105 | Kapadia | Pankaj | pankap1945@gmail.com | 93 Montecito | Irvine | CA | 92620 | $ 110,000.00 |

| # | Last | First | Email | Address | Unit | City | State | Zip | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 106 | Kapadia | Saroj | saroj...@gmail.com | 92 Montecito | | Irvine | CA | 92620 | $100,000.00 |
| 107 | Kaufman | Nora | njkaufman2@mail.com | 79 Sagecrest | | Foothill Ranch | CA | 92610 | $10,000.00 |
| 108 | Kazmar | Loretta | lorettakaymar@gmail.com | 9850 Garfield Avenue | Space 99 | Huntington Beach | CA | 92646 | $107,500.00 |
| 109 | Kimani | Lydia | lydiakwathen@yahoo.com | 1417 Golden Eagle Drive | | Corona | CA | 92879 | $10,000.00 |
| 110 | King | Jacqueline | N/A | 55 Ordway Drive | | South Windsor | CT | 06074 | $10,000.00 |
| 111 | King | Renee M. | reneeking30@gmail.com | 355 Melville Road | Unit 47 | Vernon | CT | 06066 | $14,000.00 |
| 112 | Kleppe | Joanne | joekleppe@mail.com | 9815 Swan Circle | | Fountain Valley | CA | 92708 | $30,000.00 |
| 113 | Kleppe | Robert | r.kleppe@gmail.com | 9815 Swan Circle | | Fountain Valley | CA | 92708 | $10,000.00 |
| 114 | Kollmeyer | Steven | kollmeyer@earthlink.net | 5628 East Cudahy Street | | Long Beach | CA | 90815 | $10,000.00 |
| 115 | Langenberg | Gene H. | genelangenberg@financialservices.com | 1240 East Ontario Avenue | Suite 102 | Corona | CA | 92881 | $15,000.00 |
| 116 | Langley MD | Dr. Olga | doctora2223w@gmail.com | 3205 South 5th Lane | | McAllen | TX | 78503 | $200,000.00 |
| 117 | Laughead | David | dlmontana-45@gmail.com | 9123 Emerald Grove Avenue | | Lakeside | CA | 92040 | $7,500.00 |
| 118 | Laughead | Debra | Mase...@yahoo.com | 9159 Emerald Grove Avenue | | Lakeside | CA | 92040 | $10,000.00 |
| 119 | Lawn | James Michael | gasifexav@att.net | 2442 Mountain Place | | Riverside | CA | 92505 | $10,000.00 |
| 120 | Lawson | William Elvyn | welawson@att.net | 4758 E Muirfield Avenue | | Riverside | CA | 92504 | $10,000.00 |
| 121 | Lazerus | Suzanne | suzie.lazerus@springsteen.org | 39262 Serbentino Road | | Temecula | CA | 92591 | $16,132.03 |
| 122 | Lazerus | Thomas | tlaz@gmail.com | 39262 Serbentino Road | | Temecula | CA | 92591 | $10,385.74 |
| 123 | Leapley | Sheryl | showel7245@gmail.com | 750 Tabor Street | #74 | Golden | CO | 80401 | $30,000.00 |
| 124 | Leara | Stephen | steara@newradiostrive.com | 3275 Hilard Drive | | Birmingham | AL | 35243 | $10,000.00 |
| 125 | Leiter | Kimberly | kimbie.hyleiter@yahoo.com | 35 Carmel Court | | Laguna Beach | CA | 92651 | $30,000.00 |
| 126 | Leone | Lara | pancyxro@gmail.com | 9732 Monte Carlo Circle | | Huntington Beach | CA | 92646 | $40,000.00 |
| 127 | Lester | Elizabeth | ejester1@comcast.net | 746 Cragmont Avenue | | Berkeley | CA | 94708 | $15,000.00 |
| 128 | Lindquist | David M. | sportsduke@aol.com | 9708 Daffodil Avenue | | Fountain Valley | CA | 92708 | $40,000.00 |
| 129 | Lindquist | Deborah A. | debbielindquist@normail.com | 9168 Daffodil Avenue | | Fountain Valley | CA | 92708 | $20,000.00 |
| 130 | Lloyd | Stephen | stevelloyd1@yahoo.com | 866 South Road Court | Unit E | Lakewood | CO | 80226 | $30,000.00 |
| 131 | Mary Margaret Loehr, M.D., Inc. 401k Pension Plan | | mmloehr@aol.net | 3431 Refresca Road | #99 | El Cajon | CA | 92019 | $55,000.00 |
| 132 | Long | Dr. Craig | mpawarch@mail.com | 607 Ridge Oak | | San Antonio | TX | 78258 | $20,000.00 |
| 133 | Long | Dr. Craig & Leticia | mpearch@gmail.com | 607 Ridge Oak | | San Antonio | TX | 78258 | $20,000.00 |
| 134 | Long | Dr. Larry & Virginia | longhause@live.net | 566 Rock 10th Street | | Bellevue | ID | 83313 | $12,500.00 |
| 135 | MacDougall | Linda Jean | lindainhomecaregiver-family.com | 119 East Channel Islands Boulevard | | Hueneme | CA | 93041 | $10,000.00 |
| 136 | MacNeill | Kevin Thomas | kevinmacneill@hotmail.com | 1715 Camden Avenue | Apt. 204 | Los Angeles | CA | 90025 | $30,000.00 |
| 137 | MacNeill | Stephen & Carol Anna | stevea@nurselifecare.com | 1718 Camden Avenue | Apt. 201 | Los Angeles | CA | 90025 | $200,000.00 |
| 138 | MacNeill | Stephen D. | steve@nurselifecare.com | 1715 Camden Avenue | Apt. 201 | Los Angeles | CA | 90025 | $152,500.00 |
| 139 | Maenner | Jill | jiy@cox.net | 9143 South 69th Court | | Omaha | NE | 68106 | $112,933.85 |

| # | Last Name | First Name | Email | Address | Apt | City | State | Zip | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 140 | Maga | Michael | michaelmaga@hotmail.com | 2445 West Colfax Avenue | #362 | Denver | CO | 80401 | $42,500.00 |
| 141 | Maleski | Gary | garmeski@gmail.com | 10342 Larralyn Drive | | Whittier | CA | 90603 | $10,000.00 |
| 142 | Manning | Robert | chrwk@juno.com | 1460 Ocean Drive | #406 | Miami Beach | FL | 33139 | $5,000.00 |
| 143 | Markle | James | tamarkle@comcast.net | 11861 Lorward Drive | | Berrien Springs | MI | 49103 | $10,000.00 |
| 144 | Martel | Christina | christina24.1tb@ubarhate.com | 28112 Via Campre | | Mission Viejo | CA | 92692 | $40,000.00 |
| 145 | Mask | Gwendolyn May | gwenamynn@gmail.com | 600 West Brea Boulevard | #45 | Brea | CA | 92821 | $10,000.00 |
| 146 | Mason | Robert | gmason2200@gmail.com | 5200 Shoalcreek Cove Circle | | Birmingham | AL | 35242 | $30,000.00 |
| 147 | Masters | Michael | packwest-ent@hotmail.com | 7463 Shadow Grove Court | | Corona | CA | 92881 | $170,000.00 |
| 148 | McGilvary | Colleen | helpm53@comcast.net | 142 North 875 West | | Layton | UT | 84041 | $17,500.00 |
| 149 | McGraw | Mary Ellen | mem42113@verizon.net | 81334 Rustic Canyon Drive | | La Quinta | CA | 92253 | $80,000.00 |
| 150 | McNamara | Susan | smcnamaraasan@yahoo.com | 303 South Broadway | #427 | Denver | CO | 80209 | $25,000.00 |
| 151 | Meaglia | Tom & Julie | meaglia@earthlink.net | 5481 Santiago Street | | La Verne | CA | 91750 | $10,000.00 |
| 152 | Mendez | Armando | norkandy@aol.com | 3316 Country Club Drive | | Long Beach | CA | 90807 | $40,000.00 |
| 153 | Michalak | William | N/A | 758 Via Jaffe | | Corona | CA | 92881 | $50,000.00 |
| 154 | Miller | David | ksmiller1@msn.com | 9331 Hippity Hwy | | Broadway | VA | 22815 | $10,000.00 |
| 155 | Miller | Fern | familiar18@msn.com | 9331 Farphine Hwy | | Broadway | VA | 22815 | $10,000.00 |
| 156 | Miller | Stephen | s.miller@ororjecovery.nc.com | 469 Deming Road | | Chapel Hill | NC | 27514-3207 | $40,000.00 |
| 157 | Moore | Terry | tmoore83@suddenlink.net | 175 Red Barn Lane | | Charleston | WV | 25311 | $10,000.00 |
| 158 | Moore | Roy | cearnorelays55@mail.com | P.O. Box 138 | | Wrightwood | CA | 92397 | $20,000.00 |
| 159 | Morales | Jose | cymba1979@gmail.com | 4014 Dell Avenue | | Riverside | CA | 92509 | $50,000.00 |
| 160 | Morimoto | Lily Y. | N/A | 1534 Mojika Lane | | Gardena | CA | 90248 | $60,000.00 |
| 161 | Moss | Dan | dan.moss@yahoo.com | 251 West Paces Ferry Road NW | Apt. C | Atlanta | GA | 30305 | $5,000.00 |
| 162 | Murrieta | Gilbert R. | gilmurrietaoaglorkly@yahoo.com | 16510 Lador a Court | | Whittier | CA | 90601 | $40,000.00 |
| 163 | Neff | Paula | pneff@labor.in.com | 21853 Newland Street | | Huntington Beach | CA | 92646 | $7,500.00 |
| 164 | Nelson | Donna R. | barydnelson@cox.net | 23041 Pine Flat Circle | | Lake Forest | CA | 92630 | $30,000.00 |
| 165 | Nelson | Robert V. E. | barydnelson@cox.net | 23041 Pine Flat Circle | | Lake Forest | CA | 92630 | $30,000.00 |
| 166 | Nelson | Karen E. | knelson@cox.net | 28 Berwick Street | | Irvine | CA | 92604 | $10,000.00 |
| 167 | Nielsen | Joseph | nielsenestates@gmail.com | 3165 Iowa Avenue | | Ogden | UT | 84403 | $10,000.00 |
| 168 | Njuguna | Paul K. | wcken@gmail.com | 211 North End Street | | Orange | CA | 92867-7730 | $20,000.00 |
| 169 | Ohashi | Paul | pohash.ji@gmail.com | 2477 Hilton Lane | | Norco | CA | 92860 | $37,000.00 |
| 170 | Olson | Ellen L. | ellenO1567@att.net | 32 Bristlecone | | Irvine | CA | 92620 | $60,000.00 |
| 171 | Osborne | Dwight | Dc2673@gmail.com | 5221 Gertrude Avenue | | Los Alamitos | CA | 90720 | $10,000.00 |
| 172 | Pedroza | Evangilina Mora | morpedi@hotmail.com | | | | | | $40,000.00 |
| 173 | Peter | Wendy L. | | 4879 Drew Valley Road | | Brookhaven | GA | 30319 | $10,000.00 |
| 174 | Petion-Galligan | Linda | ljon2015@yahoo.com | 2374 South Cayson Way | | Aurora | CO | 80014 | $40,000.00 |
| 175 | Phan | Can | carvophan@gmail.com | 3115 Wellbrook Drive | | Loganville | GA | 30052 | $20,000.00 |

| # | Last | First | Email | Address | Apt/Suite | City | State | Zip | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 176 | Phillips | Judith | newportbeachjudy@gmail.com | 1a Latitude Court | | Newport Beach | CA | 92663 | $30,000.00 |
| 177 | Prado | Sandra | inqu.mta123@msn.com | 133 Las Villas Boulevard | | Hidalgo | TX | 78557 | $120,000.00 |
| 178 | Pritz | Adam | atpritz@gmail.com | 2302 Willow Creek Drive | | Golden | CO | 80401 | $15,000.00 |
| 179 | Puckett | Bonita | bpuckett58@att.net | 5126 Fox Wind Court | | Houston | TX | 77041 | $85,000.00 |
| 180 | Quinlivan | John & Jean | jean@rspub.com / jack@rspub.com | 8125 Raydee Lane | | Littleton | CO | 80125 | $19,500.00 |
| 181 | Rai | Shyam | smisrai@yahoo.com | 571 Hill Street | Apt. #305 | Santa Clara | CA | 55054 | $10,000.00 |
| 182 | Reza | Jose Luis Norman | lchoneman@hotmail.com | P.O. Box 535 | | Weslaco | TX | 78599 | $150,000.00 |
| 183 | Roa | Fernando | freo012@gmail.com | 1950 East Golden Court | | Chandler | AZ | 85225 | $30,000.00 |
| 184 | Robison | Robert | kchgr1@verizon.net | 1943 Fairchild Street | | Golden Grove | CA | 92845 | $20,000.00 |
| 185 | Rogow | Sharon | sharon1@cox.net | 4961 Portraits Place | | Las Vegas | NV | 89149 | $5,000.00 |
| 186 | Ropp | Roxanne K. | roppskb@aol.com / rcpp.late@aim.com | 25121 Aldine Westfield Road | | Humble | TX | 77338 | $20,000.00 |
| 187 | Ruther | Lawrence | syparnorklin@gmail.com cosmopolinism@aol.com | 10852 Crystal Lane Court | | Orlando | FL | 32836 | $30,000.00 |
| 188 | Sabatelli | Jennifer | richardsabatelli@yahoo.com | 2731 Perry Avenue | | Groves | TX | 77619 | $10,000.00 |
| 189 | Sanders | Jayne | jaynepriorityinvestors.com | 58 Wadsworth Boulevard | #127-224 | Lakewood | CO | 80226 | $20,000.00 |
| 190 | Sanner | Alan | asanner62k@netzero.com | 2505 Meadow Lane | | Centralia | IL | 62801 | $59,580.75 |
| 191 | Sanner | Patricia A. | psanner629@netzero.com | 2505 Meadow Lane | | Centralia | IL | 62801 | $268,578.84 |
| 192 | Sawdey | James & Kay | govjimga@aol.com | 3 Tormentilla Court | | Highlands Ranch | CO | 80130 | $70,000.00 |
| 193 | Scheunenman | Marc | Marc_5421@cox.net | 2214 Kingsford Court | | El Cajon | CA | 92021 | $36,856.47 |
| 194 | Schmudlach | Randy D. | rsmudl@msn.com | 8030 South Allison Street | | Littleton | CO | 80128 | $20,000.00 |
| 195 | Schryer | Misha | misha.schryer@wearitlive.com | 5455 South Yosemite Street | Suite 900 | Greenwood Village | CO | 80111 | $5,000.00 |
| 196 | Seidel | Paul E. | SEIDRS@CHARTER.NET | 7105 Diamond Drive | | Duarte | CA | 91010 | $80,000.00 |
| 197 | Seiders | Pam | bunnybunchig@gmail.com | R 3 Hill Street | | Mount Joy | PA | 17552 | $10,000.00 |
| 198 | Shannahan | Keith J. | mreith312@aol.com | 19082 Lorchester Lane | | Huntington Beach | CA | 92646 | $100,000.00 |
| 199 | Shannahan | Susan M. | sshannahan@aol.com | 6302 Coralwater Lane | | Huntington Beach | CA | 92646 | $40,000.00 |
| 200 | Sheppard | Robert | sebury_07@yahoo.com | 141 East Woodstork Avenue | | Orange | CA | 92865 | $19,700.00 |
| 201 | Shiner | Tyler | doc_ty@hotmail.com | 595 South 300 West | | Vernal | UT | 84078 | $10,000.00 |
| 202 | Sima | Aline R. | tprosima12@gmail.com | 7831 Chandler Lane | | Riverside | CA | 92509 | $50,000.00 |
| 203 | Sims | Rachel | sims-33@gmail.com | 25752 Belleflore Drive | | Ramona | CA | 92065 | $10,000.00 |
| 204 | Singleton | Ida | idarichardsfox@cox.net | 5407 Chaucer Drive | | Los Angeles | CA | 90043 | $10,000.00 |
| 205 | Smith | Phillip | phisandpindia@att.com | 16140 Singletree Way | | Denver | CO | 80260 | $10,000.00 |
| 206 | Sommer | Marylin | msommer1@gmail.com | P.O. Box 87 | | Central Lake | MI | 49622 | $7,500.00 |
| 207 | Sordi | Reza | sysengg185@yahoo.com | 26 Opera Lane | | Aliso Viejo | CA | 92656 | $10,000.00 |
| 208 | Spiker | Joanne | jospike@q.com | 5204 Glacida Street | | Arvada | CO | 80002 | $20,000.00 |
| 209 | Stawnyczy | Diana | dianastawnyczy@bellsouth.net | 356 Northside Drive | | Atlanta | GA | 30327 | $35,000.00 |
| 210 | Steiskai | Catherine L. | littlerun@cox.net | 92 Keyfair Street | | Aliso Viejo | CA | 92656 | $80,000.00 |
| 211 | Story | Ralph | rasrealt@msn.com | 901 Eagle Road | | Larkspur | CO | 80118 | $30,000.00 |

| # | Last | First | Email | Address | | City | State | Zip | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 212 | Strietelmeier | Elizabeth | sstrie@gmail.com | 7309 S Zephyr Way | | Littleton | CO | 80128 | $ 10,000.00 |
| 213 | Stucker | Cindy | crabstucker@netscape.net | 2100 Taft Way | | Costa Mesa | CA | 92626 | $ 10,000.00 |
| 214 | Sullivan | Billy O. | N/A | 2223 19th Avenue | | Seattle | WA | 98112 | $ 20,000.00 |
| 215 | Swanson | Valerie | valerieswanson@msn.com | 11146 Utah Ave. | | Southgate | CA | 90280 | $ 30,000.00 |
| 216 | Takahashi | Brandon | brianbtakahashi@yahoo.com | 17237 Keiner Street | | Fountain Valley | CA | 92702 | $ 10,000.00 |
| 217 | Takahashi | Jason | jason.k.takahashi@gmail.com | 17237 Keiner Street | | Fountain Valley | CA | 92702 | $ 30,000.00 |
| 218 | Takahashi | Leonard | oldstak1@aol.com | 17237 Keiner Street | | Fountain Valley | CA | 92702 | $ 20,000.00 |
| 219 | Timm | David | legcal6rem@comcast.net | 4334 Peaks Road | | Indian Hills | CO | 80454 | $ 40,000.00 |
| 220 | Tomica | Joyce | joyetomica@gmail.com | 1864 NE 26th Street | Apt. E5 | Fort Lauderdale | FL | 33308 | $ 30,000.00 |
| 221 | Tope | Wayne & Patricia | office@hightvip.com | 3433 Lithia Pinecrest Road | #380 | Valrico | FL | 33596 | $ 7,500.00 |
| 222 | Torres | Ernest | etbee18@aol.com | 5810 Vista Del Norte | | Yorba Linda | CA | 92887 | $ 42,000.00 |
| 223 | Tsurumi | Janice | jicurumi@aol.com | 11430 West 72nd Place | | Arvada | CO | 80005 | $ 30,000.00 |
| 224 | Umekubo | Mark | msumekubo@csuk.com | 2870 West 179th Street | | Torrance | CA | 90504 | $ 50,000.00 |
| 225 | Umekubo | Mary Anne | maumekubo28@alumni.nd.edu | 24934 Windsor Drive | Unit A | Valencia | CA | 91355 | $ 30,000.00 |
| 226 | Umekubo | Matthew S. | makubo23@gmail.com | 2870 West 179th Street | | Torrance | CA | 90504 | $ 30,000.00 |
| 227 | Umekubo | Nicole C. | nicumekubo@aol.com | 2870 West 179th Street | | Torrance | CA | 90504 | $ 30,000.00 |
| 228 | Van Keppel | Cathy | cvanhoogen@gmail.com | 8923 West 92nd Terrace | | Leawood | KS | 66206 | $ 10,000.00 |
| 229 | Vanek | Reina | team-vanek@mac.com | 2502 Lamona Lane | | Santa Ana | CA | 92705 | $ 30,000.00 |
| 230 | Vyas | Kirankumar R Retirement Trust | krv4579@gmail.com | 985 South Trastaria Lane | | Anaheim Hills | CA | 92808 | $ 150,000.00 |
| 231 | Waller | Frederick | Fwinfred1@gmail.com | 8735 Watson Court | | San Diego | CA | 92129 | $ 22,000.00 |
| 232 | Walter | Michael A. | michaelwalter@this.net | 13361 Red Evergreen Drive | | Houston | TX | 77082 | $ 80,000.00 |
| 233 | Wang | Timothy | timothyjwang@gmail.com | 122 36th Avenue | | San Francisco | CA | 94121 | $ 30,000.00 |
| 234 | Ward | Scott | scottward@gmail.com | 1794 Alicia Court | | Las Vegas | NV | 89102 | $ 5,000.00 |
| 235 | Warmack | Catherine | cathyward717@gmail.com | 711 Woodtree Way | | Forney | TX | 75126 | $ 50,000.00 |
| 236 | Warren | Christopher M. | edinever@gmail.com | 2164 Edinburg Avenue | | Cardiff By The Sea | CA | 92007 | $ 10,000.00 |
| 237 | Watson | Carol | info.events@ac.com | 4 Glenaird Way NW | | Atlanta | GA | 30327 | $ 10,000.00 |
| 238 | Watson Trust | David Rae | drwatson@msn.com | 12675 N. 79th Street | | Scottsdale | AZ | 85260 | $ 10,000.00 |
| 239 | Wendt | Freddy | freddywendt@msn.com | 645 Willow Valley Square | Apt. J-17 | Lancaster | PA | 17602 | $ 10,000.00 |
| 240 | West | Mark | mark@warmmarmot.net | 9271 Oak Leaf Drive | | Highlands Ranch | CO | 80129 | $ 17,500.00 |
| 241 | Westbrook | Frank | 2frankie@cox.net | 9341 North 139th East Avenue | | Owasso | OK | 74055 | $ 5,000.00 |
| 242 | Wheeler | Linda | lwheeler8599@yahoo.com | 810 Kingfisher Terrace | | Sunnyvale | CA | 94087 | $ 15,000.00 |
| 243 | Wilbanks | Frankie | fjm2014@yahoo.com | 7235 West 26th Place | | Wheat Ridge | CO | 80033 | $ 150,000.00 |
| 244 | Wildasinn | Ronald C. | N/A | P.O. Box 1097 | | Hanalei | HI | 96714 | $ 50,000.00 |
| 245 | Williams | Ms. Jessie K. | jessiekilawilliams@gmail.com | 12226 Cuesta Street | | Cerritos | CA | 90703 | $ 10,000.00 |
| 246 | Wilson | C. Walter | info@wilsonsunderco.com | 7615 South Cove Circle | | Centennial | CO | 80122 | $ 5,000.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 247 | Wright | Gretchen | chocolate295@aol.com | | 292½ Hebron Road | Saint Marys | WV | 26170 | $ 70,000.00 |
| 248 | Yackle | John & Kitty | jyackdj@msn.com | | 5655 Garrick Drive | Anaheim | CA | 92807 | $ 17,500.00 |
| 249 | Zamudio | Jose | jzzzam@pacbell.net | | 902 North Majury Street | Santa Ana | CA | 92701-4461 | $ 100,000.00 |
| 250 | Zawislak MD | Dr. Walter | doctorzzz0404@gmail.com | | 3205 South Ilex Lane | McAllen | TX | 78503 | $ 1,770,000.00 |
| 251 | Prometheus Cap Partners | | mark@prometheuscapitalllc.com | Penthouse 4 | 5545 DTC Parkway | Greenwood Village | CO | 80111 | $ 1,190,000.00 |
| | | Total | | | | | | | $ 11,740,668.68 |