UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> DAVID ALDRICH, <br> Defendant. | Case No. 16cr2688-JAH <br><br> ORDER AMENDING EXHIBIT 2 OF AMENDED JUDGMENT RESTITUTION ORDER |

The United States filed a Motion to Amend Exhibit 2 of the Amended Judgment Restitution Order to Reflect the Judgment. Doc. No. 37. The Amended Exhibit 2 correctly reflects the $11,738,168 judgment of restitution. Accordingly,

IT IS HEREBY ORDERED:

1. The United States' Motion to Amend Exhibit 2 of the Amended Judgment Restitution Order is GRANTED.

2. Amended Exhibit 2 supersedes and is entered in place of Exhibit 2 included as part of the Amended Judgment Restitution Order [Doc. No. 25 at 6].

3. The Judgment shall, in all other respects, remain the same and conform to the Amended Judgment entered on April 12, 2017.

**IT IS SO ORDERED**.

DATED: November 15, 2019

HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE